# United States Court of Appeals for the Fifth Circuit

No. 22-30333

---

Press Robinson; Edgar Cage; Dorothy Nairne; Edwin Rene Soule; Alice Washington; Clee Earnest Lowe; Davante Lewis; Martha Davis; Ambrose Sims; National Association for the Advancement of Colored People Louisiana State Conference, *also known as* NAACP; Power Coalition for Equity and Justice,

*Plaintiffs—Appellees,*

*versus*

Kyle Ardoin, *in his official capacity as Secretary of State for Louisiana*,

*Defendant—Appellant,*

Clay Schexnayder; Patrick Page Cortez; State of Louisiana - Attorney General Jeff Landry,

*Intervenor Defendants—Appellants,*

---

Edward Galmon, Sr.; Ciara Hart; Norris Henderson; Tramelle Howard,

*Plaintiffs—Appellees,*

*versus*

No. 22-30333

Kyle Ardoin, *in his official capacity as Secretary of State for Louisiana*,

*Defendant —Appellant*,

Clay Schexnayder; Patrick Page Cortez; State of Louisiana - Attorney General Jeff Landry,

*Movants—Appellants.*

---

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:22-CV-211
USDC No. 3:22-CV-214

---

Before Smith, Higginson, and Willett, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the motion of Appellants Clay Schexnayder and Patrick Page Cortez for an administrative stay of the district court's June 6, 2022 injunction is GRANTED pending further review of this court.

IT IS FURTHER ORDERED that Appellees file their responses to the motion with the Clerk's Office no later than 4 p.m. on Friday, June 10, 2022.