No. 22-30333

In the United States Court of Appeals
for the Fifth Circuit

---

PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NAACP LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE,
PLAINTIFFS-APPELLEES

*v.*

KYLE ARDOIN, SECRETARY OF STATE,
DEFENDANT-APPELLANT

---

EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, AND TRAMELLE HOWARD,
PLAINTIFFS-APPELLEES

*v.*

KYLE ARDOIN, SECRETARY OF STATE,
DEFENDANT-APPELLANT

---

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA (CIV. NO. 22-0211 & CIV. NO. 22-0214)
(THE HONORABLE SHELLY D. DICK, C. J.)*

---

***ROBINSON* APPELLEES' MOTION TO FILE OVERLENGTH OPPOSITION**

LEAH ADEN
STUART NAIFEH
KATHRYN SADASIVAN
VICTORIA WENGER
NAACP LEGAL DEFENSE AND
　EDUCATIONAL FUND, INC.
　40 Rector Street, 5th Floor
　New York, NY 10006
　Tel: (212) 965-2200
　laden@naacplef.org
　snaifeh@naacpldf.org
　ksadasivan@naacpldf.org
　vwenger@naacpldf.org

R. JARED EVANS
SARA ROHANI
NAACP LEGAL DEFENSE AND
　EDUCATIONAL FUND, INC.
　700 14th Street N.W. Ste. 600
　Washington, DC 20005
　Tel: (202) 682-1300
　jevans@naacpldf.org
　srohani@naacpldf.org

NORA AHMED
MEGAN E. SNIDER
ACLU FOUNDATION OF
　LOUISIANA
　1340 Poydras St, Ste. 2160
　New Orleans, LA 70112
　Tel: (504) 522-0628
　nahmed@laaclu.org
　msnider@laaclu.org

TRACIE WASHINGTON
LOUISIANA JUSTICE INSTITUTE
　Suite 132
　3157 Gentilly Blvd

JOHN ADCOCK
ADCOCK LAW LLC
　3110 Canal Street
　New Orleans, LA 70119
　Tel: (504) 233-3125
　Fax: (504) 308-1266
　jnadcock@gmail.com

ROBERT A. ATKINS
YAHONNES CLEARY
JONATHAN H. HURWITZ
AMITAV CHAKRABORTY
ADAM P. SAVITT
PAUL, WEISS, RIFKIND,
　WHARTON & GARRISON LLP
　1285 Avenue Of The
　Americas,
　New York,
　NY 10019
　Tel.: (212) 373-3000
　Fax: (212) 757-3990
　ratkins@paulweiss.com
　ycleary@paulweiss.com
　jhurwitz@paulweiss.com
　achakraborty@paulweiss.com
　asavitt@paulweiss.com

T. ALORA THOMAS
SOPHIA LIN LAKIN
SAMANTHA OSAKI
AMERICAN CIVIL LIBERTIES
　UNION FOUNDATION
　125 Broad Street, 18th
　Floor
　New York, NY 10004
　athomas@aclu.org
　slakin@aclu.org

*New Orleans LA, 70122*
*Tel: (504) 872-9134*
*tracie.washington.esq@gmail.com*

*sosaki@aclu.org*

SARAH BRANNON
AMERICAN CIVIL LIBERTIES
 UNION FOUNDATION
*915 15th St., NW*
*Washington, DC 20005*
*sbrannon@aclu.org*

# CERTIFICATE OF INTERESTED PERSONS

No. 22-30333

---

PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NAACP LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE,
PLAINTIFFS-APPELLEES

*v.*

KYLE ARDOIN, SECRETARY OF STATE,
DEFENDANT-APPELLANT

---

EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, AND TRAMELLE HOWARD,,
PLAINTIFFS-APPELLEES

*v.*

KYLE ARDOIN, SECRETARY OF STATE,
DEFENDANT-APPELLANT

---

The undersigned counsel of record certifies that the following listed persons and entities, as described in the fourth sentence of Rule 28.2.1, have an interest in the outcome of this case. These

representations are made in order that the judges of this Court may evaluate possible disqualification or recusal:

| Parties | Counsel and Law Firms |
|---|---|
| National Association for the Advancement of Colored People Louisiana State Conference **Plaintiff – Appellee** also known as: NAACP<br><br>Power Coalition for Equity and Justice **Plaintiff – Appellee** | Paul, Weiss, Rifkind, Wharton, & Garrison, L.L.P., Adam Savitt, Amitav Chakraborty, Briana Sheridan, Daniel Sinnreich, Jared Evans, Jonathan Hurwitz, Robert A. Atkins, Ryan Rizzuto, Yahonnes Cleary<br><br>NAACP Legal Defense & Educational Fund, Kathryn C. Sadasivan, Leah C. Aden, Sara Rohani, Stuart C. Naifeh, Victoria Wenger<br><br>ACLU of Louisiana, Nora Ahmed, Stephanie Legros<br><br>American Civil Liberties Union Foundation, Inc., Samantha Osaki, Sarah E. Brannon, Sophia Lin Lakin, Tiffany Alora Thomas<br><br>Tracie L. Washington<br>John Nelson Adcock<br><br>**Former Counsel**<br>ACLU of Louisiana, Megan E. Snider |

| | |
|---|---|
| Kyle Ardoin, in his official capacity as Secretarty of State for Louisiana<br>**Defendant – Appellant** | Nelson Mullins Riley & Scarborough LLP, Alyssa Riggins, Cassie Holt, John E. Branch III, Phillip Strach, Thomas A. Farr |
| Clay Schexnayder<br>Patrick Page Cortez<br>**Intervenor Defendants – Appellants** | Baker & Hostetler, L.L.P., Michael W. Mengis, Richard Bryan Raile, Efrem Mark Braden, Erika Dackin Prouty, Katherine L. McKnight, Patrick T. Lewis |
| State of Louisiana by and through Attorney General Jeff Landry<br>**Intervenor Defendant – Appellant** | Louisiana's Office of the Attorney General, Elizabeth Baker Murrill, Shae McPhee, Morgan Brungard, Angelique Duhon Freel, Carey T. Jones, Jeffrey Michael Wale |
| | Holtzman Vogel Baran Torchinsky & Josefiak PLLC, Dallin Holt, Jason B. Torchinsky, Phillip Michael Gordon |
| Vincent Pierre<br>Chairman LLBC<br>**Movant** | Arthur Thomas & Associates, Arthur Ray Thomas |
| | Earnest L. Johnson I |
| Louisiana Legislative Black Caucus<br>**Movant** | Stephen M. Irving |
| | Ernest L. Johnson I |
| Michael Mislove<br>Lisa J. Fauci<br>Robert Lipton<br>Nicholas Mattei<br>**Amici** | Jenner & Block, LLP, Alex S. Trepp, Andrew J. Plague, Jessica Ring Amunson, Keri L. Holleb Hotaling, Sam Hirsch |

|Barrasso Usdin Kupperman Freeman & Sarver, L.L.C., Judy Y. Barrasso, Viviana Helen Aldous

/s/ *John Adcock*
JOHN ADCOCK

*Attorney of Record for Appellees*

JUNE 10, 2022

# MOTION TO FILE OVERLENGTH OPPOSITION

Pursuant to Federal Rule of Appellate Procedure 27(d)(2), *Robinson* Plaintiffs-Appellees respectfully request an extension of the word limit, to 7,800 words, to file a single Opposition (the "Opposition") to the three motions for an emergency stay of the district court's injunction pending appeal filed respectively by the Legislative Intervenors, the Attorney General, and the Secretary of State. This extension is necessary in light of the paramount public importance of the litigation, as well as to allow Plaintiffs-Appellees to respond adequately to three separate stay motions that Defendant-Appellants have filed.

1. On June 6, 2022, the District Court granted a Preliminary Injunction in this matter. Middle District of Louisiana, Case Nos. 3:22-v-211, 3:22-cv-214.

2. On June 9, 2022, the Defendant-Appellant, Legislative Intervenors, filed an Emergency Motion under Circuit Rule 27.3 for a Stay Pending Appeal. This Motion is 32 pages long,

3. On June 9, 2022, the Defendant-Appellant, State of Louisiana, filed a separate Emergency Motion for a Stay Pending Appeal. This Motion is 41 pages long.

4. On June 10, 2022, the Defendant-Appellant, Kyle Ardoin in his official capacity as Secretary of State for Louisiana, filed a separate Emergency Motion for a Stay Pending Appeal. This Motion is 35 pages long.

5. The United States Court of Appeals for the 5th Circuit ordered that Plaintiffs-Appellees to respond to these Motions for Stay by today, June 10, 2022, at 4:00 pm.

6. *Robinson* Plaintiffs-Appellees are complying with this Order and provide the accompanying Opposition to address all three stay motions.

7. Federal Rule of Appellate Procedure 27(d)(2)(A) limits the word count for responsive motions to 5,200 words. If Plaintiffs-Appellees filed separate oppositions to each of the three motions, the total word limit of those documents would be 15,600 words.

8. Given that Defendants-Appellants were able to file three documents, with up to 15,600 words total, *Robinson* Plaintiffs-Appellees respectfully request an extension of the word limit to 7,800 words, or 50% less.

9. Furthermore, while the *Robinson* Plaintiffs-Appellees are making every effort to be succinct, the complexity of the issues in this case and

the importance of the outcome of this matter to the voters of Louisiana necessitates extension of the word count so that the *Robinson* Plaintiffs-Appellees may adequately address the issues raised in Defendants-Appellants' Motions to Stay.

10. Counsel for the *Robinson* Plaintiffs-Appellees conferred with counsel for the Defendants-Appellants regarding this motion and the relief requested. Counsel for Defendants-Appellants stated that they take no position on the relief requested in this Motion.

## CONCLUSION

For the foregoing reasons, Counsel for the *Robinson* Plaintiffs-Appellees respectfully ask the Court for leave to file a single Opposition to the pending Motions to Stay Preliminary Injunction Pending Appeal of no more than 7,800 words.

Respectfully submitted,

/s/ *John Adcock*
JOHN ADCOCK
ADCOCK LAW LLC
  *3110 Canal Street*
  *New Orleans, LA 70119*
  *Tel: (504) 233-3125*
  *Fax: (504) 308-1266*
  *jnadcock@gmail.com*

LEAH ADEN
STUART NAIFEH
KATHRYN SADASIVAN
VICTORIA WENGER
NAACP LEGAL DEFENSE AND
  EDUCATIONAL FUND, INC.
  *40 Rector Street, 5th Floor*
  *New York, NY 10006*
  *Tel: (212) 965-2200*
  *laden@naacplef.org*
  *snaifeh@naacpldf.org*
  *ksadasivan@naacpldf.org*
  *vwenger@naacpldf.org*

R. JARED EVANS
SARA ROHANI
NAACP LEGAL DEFENSE AND
  EDUCATIONAL FUND, INC.
  *700 14th Street N.W. Ste. 600*
  *Washington, DC 20005*
  *Tel: (202) 682-1300*
  *jevans@naacpldf.org*
  *srohani@naacpldf.org*

NORA AHMED
MEGAN E. SNIDER
ACLU FOUNDATION OF
  LOUISIANA
  *1340 Poydras St, Ste. 2160*
  *New Orleans, LA 70112*
  *Tel: (504) 522-0628*
  *nahmed@laaclu.org*
  *msnider@laaclu.org*

TRACIE WASHINGTON
LOUISIANA JUSTICE INSTITUTE

ROBERT A. ATKINS
YAHONNES CLEARY
JONATHAN H. HURWITZ
AMITAV CHAKRABORTY
ADAM P. SAVITT
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *1285 Avenue Of The Americas,*
  *New York,*
  *NY 10019*
  *Tel.: (212) 373-3000*
  *Fax: (212) 757-3990*
  *ratkins@paulweiss.com*
  *ycleary@paulweiss.com*
  *jhurwitz@paulweiss.com*
  *achakraborty@paulweiss.com*
  *asavitt@paulweiss.com*

T. ALORA THOMAS
SOPHIA LIN LAKIN
SAMANTHA OSAKI
AMERICAN CIVIL LIBERTIES
  UNION FOUNDATION
  *125 Broad Street, 18th Floor*
  *New York, NY 10004*
  *athomas@aclu.org*
  *slakin@aclu.org*

*Suite 132*  
*3157 Gentilly Blvd*  
*New Orleans LA, 70122*  
*Tel: (504) 872-9134*  
*tracie.washington.esq@gmail.com*

*sosaki@aclu.org*

SARAH BRANNON  
AMERICAN CIVIL LIBERTIES  
  UNION FOUNDATION  
*915 15th St., NW*  
*Washington, DC 20005*  
*sbrannon@aclu.org*

JUNE 10, 2022

## CERTIFICATE OF SERVICE

I, John Adcock, a member of the Bar of this Court and counsel for appellees certify that, on June 10, 2022, a copy of Appellees' Response in Opposition to Appellant's Motion to File Overlength Opposition was filed with the Clerk through the Court's electronic filing system. I further certify that all parties required to be served have been served.

/s/ *John Adcock*
JOHN ADCOCK

JUNE 10, 2022