**No. 22-30333**

In the United States Court of Appeals
for the Fifth Circuit

---

PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NAACP LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE,
PLAINTIFFS-APPELLEES

*v.*

KYLE ARDOIN, SECRETARY OF STATE,
DEFENDANT-APPELLANT

---

EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, AND TRAMELLE HOWARD,
PLAINTIFFS-APPELLEES

*v.*

KYLE ARDOIN, SECRETARY OF STATE,
DEFENDANT-APPELLANT

---

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA (CIV. NO. 22-0211 & CIV. NO. 22-0214)*
*(THE HONORABLE SHELLY D. DICK, C. J.)*

---

# ***ROBINSON*** **PLAINTIFFS-APPELLEES' MOTION FOR LEAVE TO FILE BRIEF THAT EXCEEDS WORD LIMITS**

---

LEAH ADEN
STUART NAIFEH
KATHRYN SADASIVAN
VICTORIA WENGER
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
*40 Rector Street, 5th Floor*
*New York, NY 10006*
*Tel: (212) 965-2200*
*laden@naacplef.org*
*snaifeh@naacpldf.org*
*ksadasivan@naacpldf.org*
*vwenger@naacpldf.org*

R. JARED EVANS
SARA ROHANI
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
*700 14th Street N.W. Ste. 600*
*Washington, DC 20005*
*Tel: (202) 682-1300*
*jevans@naacpldf.org*
*srohani@naacpldf.org*

NORA AHMED
STEPHANIE WILLIS
ACLU FOUNDATION OF
LOUISIANA
*1340 Poydras St, Ste. 2160*
*New Orleans, LA 70112*
*Tel: (504) 522-0628*
*nahmed@laaclu.org*
*swillis@laaclu.org*

TRACIE WASHINGTON
LOUISIANA JUSTICE INSTITUTE
*Suite 132*
*3157 Gentilly Blvd*
*New Orleans LA, 70122*
*Tel: (504) 872-9134*
*tracie.washington.esq@gmail.com*

JOHN ADCOCK
ADCOCK LAW LLC
*3110 Canal Street*
*New Orleans, LA 70119*
*Tel: (504) 233-3125*
*Fax: (504) 308-1266*
*jnadcock@gmail.com*

ROBERT A. ATKINS
YAHONNES CLEARY
JONATHAN H. HURWITZ
AMITAV CHAKRABORTY
ADAM P. SAVITT
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
*1285 Avenue Of The Americas,*
*New York,*
*NY 10019*
*Tel.: (212) 373-3000*
*Fax: (212) 757-3990*
*ratkins@paulweiss.com*
*ycleary@paulweiss.com*
*jhurwitz@paulweiss.com*
*dsinnreich@paulweiss.com*
*achakraborty@paulweiss.com*
*asavitt@paulweiss.com*

T. ALORA THOMAS
SOPHIA LIN LAKIN
SAMANTHA OSAKI
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
*125 Broad Street, 18th Floor*
*New York, NY 10004*
*athomas@aclu.org*
*slakin@aclu.org*
*sosaki@aclu.org*

SARAH BRANNON
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
*915 15th St., NW*
*Washington, DC 20005*
*sbrannon@aclu.org*

Pursuant to Federal Rules of Appellate Procedure 27 and 32, plaintiffs-appellees Press Robinson, Edgar Cage, Dorothy Nairne, Edwin René Soulé, Alice Washington, Clee Earnest Lowe, Davante Lewis, Martha Davis, Ambrose Sims, NAACP Louisiana State Conference, and Power Coalition for Equity and Justice (the "Robinson plaintiffs"), for the reasons set forth below, respectfully move this Court to allow them to file a principal brief that exceeds 13,000 words, for a total of 15,000 words. The Court has previously granted a similar request by the Galmon plaintiffs.

This case arises out of motions for preliminary injunction in the consolidated cases brought by two groups of plaintiffs seeking similar relief—the Robinson plaintiffs and Galmon plaintiffs. Plaintiffs sought an order (1) declaring that Louisiana's enacted congressional districting plan violates Section 2 of the Voting Rights Act of 1965; (2) enjoining defendant-appellant Louisiana Secretary of State Kyle Ardoin from conducting elections under the enacted congressional plan; and (3) requiring the Louisiana Legislature to adopt a valid congressional districting plan by a date certain that complies with the Voting Rights Act, or, in the alternative, implementing a remedial map. On June 6, 2022, the district court granted both motions for preliminary injunction,

*see* ECF No. 173, *Robinson* v. *Ardoin*, 3:22-CV-211 (June 6, 2022), and defendants-appellants appealed.

There is good cause to grant this motion. On June 20, 2022, the Court granted appellants' motion to file a joint opening brief not to exceed 20,000 words. On June 24, the Galmon plaintiffs requested 2,000 additional words for their principal brief (for a total of 15,000 words), noting the complex constitutional, statutory, and factual questions raised in appellants' joint principal brief, and highlighting appellants' statement that "[t]his Court rarely will encounter a redistricting case as consequential." *Id.* at 1. On June 25, this Court granted the Galmon plaintiffs' motion, and also granted the appellants' corresponding request for 1,000 additional words for their reply brief.

The Robinson Plaintiffs respectfully request the same modest enlargement of 2,000 words granted to the Galmon plaintiffs—for a total of 15,000 words—in order to adequately respond to the issues raised in appellants' principal brief. Pursuant to Fifth Circuit Rule 27.4, counsel for the Robinson plaintiffs requested consent from counsel for appellants, but had not received a response by the time of filing.

WHEREFORE, Plaintiffs-Appellees Press Robinson, Edgar Cage, Dorothy Nairne, Edwin Edwin René Soulé, Alice Washington, Clee Earnest Lowe, Davante Lewis, Martha Davis, Ambrose Sims, NAACP

Louisiana State Conference, and Power Coalition For Equity and Justice request leave to file a principal brief consisting of 15,000 words.

Respectfully submitted,

/s/ *John Adcock*
JOHN ADCOCK
ADCOCK LAW LLC
*3110 Canal Street*
*New Orleans, LA 70119*
*Tel: (504) 233-3125*
*Fax: (504) 308-1266*
*jnadcock@gmail.com*

LEAH ADEN
STUART NAIFEH
KATHRYN SADASIVAN
VICTORIA WENGER
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
*40 Rector Street, 5th Floor*
*New York, NY 10006*
*Tel: (212) 965-2200*
*laden@naacplef.org*
*snaifeh@naacpldf.org*
*ksadasivan@naacpldf.org*
*vwenger@naacpldf.org*

R. JARED EVANS
SARA ROHANI
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
*700 14th Street N.W. Ste. 600*
*Washington, DC 20005*
*Tel: (202) 682-1300*
*jevans@naacpldf.org*
*srohani@naacpldf.org*

NORA AHMED
STEPHANIE WILLIS
ACLU FOUNDATION OF LOUISIANA
*1340 Poydras St, Ste. 2160*
*New Orleans, LA 70112*
*Tel: (504) 522-0628*
*nahmed@laaclu.org*
*swillis@laaclu.org*

TRACIE WASHINGTON
LOUISIANA JUSTICE INSTITUTE
*Suite 132*
*3157 Gentilly Blvd*
*New Orleans LA, 70122*
*Tel: (504) 872-9134*
*tracie.washington.esq@gmail.com*

ROBERT A. ATKINS
YAHONNES CLEARY
JONATHAN H. HURWITZ
AMITAV CHAKRABORTY
ADAM P. SAVITT
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
*1285 Avenue Of The Americas,*
*New York,*
*NY 10019*
*Tel.: (212) 373-3000*
*Fax: (212) 757-3990*
*ratkins@paulweiss.com*
*ycleary@paulweiss.com*
*jhurwitz@paulweiss.com*
*dsinnreich@paulweiss.com*
*achakraborty@paulweiss.com*
*asavitt@paulweiss.com*

T. ALORA THOMAS
SOPHIA LIN LAKIN
SAMANTHA OSAKI
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
*125 Broad Street, 18th Floor*
*New York, NY 10004*
*athomas@aclu.org*
*slakin@aclu.org*
*sosaki@aclu.org*

SARAH BRANNON
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

*915 15th St., NW*
*Washington, DC 20005*
*sbrannon@aclu.org*

JUNE 25, 2022

## CERTIFICATE OF SERVICE

I, John Adcock, a member of the Bar of this Court and counsel for appellees certify that, on June 25, 2022, a copy of *Robinson* Plaintiffs-Appellees' Motion For Leave To File Brief That Exceeds Word Limits was filed with the Clerk through the Court's electronic filing system. I further certify that all parties required to be served have been served.

/s/ *John Adcock*
JOHN ADCOCK

**CERTIFICATE OF COMPLIANCE
WITH TYPEFACE AND WORD-COUNT LIMITATIONS**

I, John Adcock, a member of the Bar of this Court and counsel for appellees certify, pursuant to Federal Rule of Appellate Procedure 32(a)(7)(B) and Fifth Circuit Rule 32.3, that the Appellees' Response in Opposition to Appellant's Motion to Stay Preliminary Injunction is proportionately spaced, has a typeface of 14 points or more, and contains 425 words.

/s/ *John Adcock*
JOHN ADCOCK

JUNE 25, 2022