(ORDER LIST: 597 U.S.)

TUESDAY, JUNE 28, 2022

CERTIORARI GRANTED

21-1596      ARDOIN, LA SEC. OF STATE, ET AL. V. ROBINSON, PRESS, ET AL.
(21A814)

        The application for stay presented to Justice Alito and by him referred to the Court is granted. The district court's June 6, 2022 preliminary injunctions in No. 3:22-CV-211 and No. 3:22-CV-214 are stayed. In addition, the application for stay is treated as a petition for a writ of certiorari before judgment, and the petition is granted. The case is held in abeyance pending this Court's decision in *Merrill, AL Sec. of State, et al. v. Milligan, Evan, et al.* (No. 21-1086 and No. 21-1087) or further order of the Court. The stay shall terminate upon the sending down of the judgment of this Court.

        Justice Breyer, Justice Sotomayor, and Justice Kagan would deny the application for stay and dissent from the treatment of the application as a petition for a writ of certiorari before judgment and the granting of certiorari before judgment.