# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

June 28, 2022

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130



Re: Kyle Ardoin, Louisiana Secretary of State, et al.
v. Press Robinson, et al.
No. 21-1596
(Your No. 22-30333)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 17, 2022 and placed on the docket June 28, 2022 as No. 21-1596.

Sincerely,

**Scott S. Harris**, Clerk

by

Robert Meek
Assistant Clerk- Emergency Applications

Attorney