# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 28, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-30333   Robinson v. Ardoin
                    USDC No. 3:22-CV-211
                    USDC No. 3:22-CV-214

The parties are requested to file letters by July 6, 2023 addressing whether this court should remand the appeal to allow the district court to consider the new authority.

Also, the Court requests that the parties file supplemental briefs addressing the Supreme Court's June 8, 2023, decision in No. 21-1086, Allen v. Milligan, and any other developments or caselaw that would have been appropriate for Rule 28(j) letters over the past year had the case not been in abeyance. The appellants' brief is due 40 days from this date. The appellees' brief is due 30 days after the appellants' brief has been filed. The appellants may file a reply brief 21 days after the appellees' briefs have been filed.

                                         Sincerely,

                                         LYLE W. CAYCE, Clerk

                                         By: _____
                                         Allison G. Lopez, Deputy Clerk
                                         504-310-7702

Mr. John Nelson Adcock
Ms. Leah Camille Aden
Ms. Nora Ahmed
Mr. E. Mark Braden
Ms. Morgan Brungard
Mr. Amitav Chakraborty
Mr. Thomas A. Farr
Mrs. Angelique Duhon Freel

Mr. Phillip Michael Gordon
Mr. Jonathan Patrick Hawley
Mr. Jonathan Hurwitz
Ms. Abha Khanna
Ms. Renee Marie Knudsen
Mr. Edmund Gerard LaCour Jr.
Mr. Patrick T. Lewis
Ms. Lalitha Madduri
Ms. Katherine McKnight
Mr. Shae Gary McPhee Jr.
Mr. Michael Warren Mengis
Mr. Christopher Ernest Mills
Ms. Jennifer Wise Moroux
Ms. Elizabeth Baker Murrill
Mr. Stuart Naifeh
Mr. Darrel James Papillion
Ms. Erika Prouty
Mr. Richard Bryan Raile
Mrs. Alyssa Riggins
Ms. Kathryn C. Sadasivan
Mr. Adam Savitt
Ms. Olivia Nicole Sedwick
Mr. Jacob D. Shelly
Mr. Phillip Strach
Mr. Jason Brett Torchinsky
Mr. Jeffrey M. Wale
Mr. John Carroll Walsh
Ms. Victoria Wenger