PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS     NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000



**1700 Seventh Ave, Suite 2100 | Seattle, WA 98101**

July 6, 2023

VIA ELECTRONIC FILING

Lyle W. Cayce
Clerk of the Court
United States Court of Appeals for the Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

                 *Robinson* v. *Ardoin*; *Galmon* v. *Ardoin*, No. 22-30333

Dear Mr. Cayce:

       Plaintiffs-Appellees in this consolidated appeal submit this letter in response to the Court's Memorandum of June 28, 2023. The Memorandum requests the parties to address whether, following the Supreme Court's decision in *Allen* v. *Milligan*, No. 21-1086 (June 8, 2023), the Court should remand the appeal of this matter to allow the district court to consider the new authority. The Memorandum also directs the parties to submit supplemental briefs addressing *Milligan* and any other developments or caselaw that would have been appropriate for Rule 28(j) letters over the past year.

       As Appellants have acknowledged, following *Milligan*, "the law in the section 2 context has not substantially changed." Letter from Jeff Landry to Hon. Scott S. Harris in *Ardoin* v. *Robinson*, No. 21A814 (Sup. Ct. June 14, 2023), at 3. In *Milligan*, the Supreme Court reaffirmed the standards governing actions under Section 2 of the Voting Rights Act that the Court first adopted thirty-seven years ago in *Thornburg* v. *Gingles*, 478 U. S. 30 (1986), and squarely "reject[ed] Alabama's invitation to change existing law." *Milligan*, slip op. at 22. Applying those settled standards, the Court affirmed the judgment of the three-judge panel that the Alabama congressional redistricting plan at issue likely violated Section 2. *Id*.

       *Milligan* thus reaffirms the applicability of the *Gingles* standards applied by the district court and a motions panel of this Court in this case. The district court, in a comprehensive and thoughtful 152-page opinion, rejected Appellants' suggestion that "the well-worn *Gingles* test is endangered and, possibly, bound for extinction," and instead "appl[ied] *Gingles* and its progeny" to conclude that Louisiana's congressional redistricting plan likely violated Section 2. *Robinson* v. *Ardoin*, 605 F. Supp. 3d 759, 818

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 

2

(M.D. La. 2022). A motions panel of this Court applied the same standards when it concluded that Appellants "ha[d] not met their burden of showing likely success on the merits" and denied their motion for a stay pending appeal. *Robinson* v. *Ardoin*, 37 F.4th 208, 215 (5th Cir. 2022) (Smith, Higginson, and Willett, JJ.); *see also id.* at 224 ("*Gingles* remains good law, and so the defendants have not shown that they are likely to succeed on that basis.").

Because *Milligan* reaffirmed the standards that the district court applied, Appellees respectfully submit that the Court need not remand for the district court to consider *Milligan*, and should instead allow the appeal to proceed in the ordinary course following the submission of the parties' supplemental briefs.

Date: July 6, 2023

Respectfully submitted,

By: */s/Abha Khanna*
 Abha Khanna
 Jonathan P. Hawley
 ELIAS LAW GROUP LLP
 1700 Seventh Ave. Suite 2100
 Seattle, Washington 98101
 (206) 656-0177
 akhanna@elias.law

 Lalitha D. Madduri
 Jacob D. Shelly
 ELIAS LAW GROUP LLP
 250 Massachusetts Ave, NW Suite 400
 Washington, D.C. 20001
 (202) 968-4490

 J. E. Cullens, Jr.
 Andrée Matherne Cullens
 S. Layne Lee
 WALTERS, THOMAS, CULLENS, LLC
 12345 Perkins Road, Bldg. One
 Baton Rouge, LA 70810
 (225) 236-3636

 *Counsel for Galmon Plaintiffs*

By: */s/Jonathan H. Hurwitz*
 Jonathan H. Hurwitz
 Robert A. Atkins
 Yahonnes Cleary
 Amitav Chakraborty
 Adam P. Savitt
 PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP
 1285 Avenue Of The Americas, New York, NY 10019
 Tel.: (212) 373-3000
 Fax: (212) 757-3990
 jhurwitz@paulweiss.com
 ratkins@paulweiss.com
 ycleary@paulweiss.com
 achakraborty@paulweiss.com
 asavitt@paulweiss.com

 John Adcock
 Adcock Law LLC
 3110 Canal Street
 New Orleans, LA 70119
 Tel: (504) 233-3125
 jnadcock@gmail.com

 *Counsel for Robinson Plaintiffs*
 (Continued on next page)

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP



3

Leah Aden (admitted *pro hac vice*)
Stuart Naifeh (admitted *pro hac vice*)
Victoria Wenger (admitted *pro hac vice*)
NAACP Legal Defense and Educational
Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
laden@naacplef.org
snaifeh@naacpldf.org
vwenger@naacpldf.org

R. Jared Evans
I. Sara Rohani (admitted *pro hac vice*)
NAACP Legal Defense and Educational
Fund, Inc.
700 14th Street N.W. Ste. 600
Washington, DC 20005
Tel: (202) 682-1300
jevans@naacpldf.org
srohani@naacpldf.org

Nora Ahmed
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org
msnider@laaclu.org

Tracie L. Washington
Louisiana Justice Institute
Suite 132
3157 Gentilly Blvd
New Orleans LA, 70122
Tel: (504) 872-9134
tracie.washington.esq@gmail.com

Sophia Lin Lakin
American Civil Liberties Union
Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org

Sarah Brannon
American Civil Liberties Union
Foundation
915 15th St., NW
Washington, DC 20005
sbrannon@aclu.org

T. Alora Thomas-Lundborg
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 495-5202
tthomaslundborg@law.harvard.edu

*Counsel for Robinson Plaintiffs*

cc:   All counsel of record (via electronic filing)