**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 21, 2023

No. 22-30333   Robinson v. Ardoin
               USDC No. 3:22-CV-211
               USDC No. 3:22-CV-214

Dear Counsel,

You must submit the 7 paper copies of your brief required by **5TH CIR. R.** 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

The paper copies of your brief must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief directly from your original file without any header.

The covers of your documents must be the following colors: Appellee brief must be red. Appellant reply brief must be gray.

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs.

**DO NOT INCLUDE ANY DEFICIENCY NOTICES WITHIN THE PAPER COPIES.**

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Pamela F. Trice, Deputy Clerk
504-310-7633

Mr. John Nelson Adcock
Ms. Leah Camille Aden
Ms. Nora Ahmed
Mr. E. Mark Braden
Ms. Morgan Brungard
Mr. Amitav Chakraborty
Mr. Thomas A. Farr
Mrs. Angelique Duhon Freel
Mr. Phillip Michael Gordon
Mr. Jonathan Patrick Hawley
Mr. Jonathan Hurwitz
Ms. Abha Khanna
Ms. Renee Marie Knudsen
Mr. Patrick T. Lewis

Ms. Lalitha Madduri
Ms. Katherine McKnight
Mr. Shae Gary McPhee Jr.
Mr. Michael Warren Mengis
Ms. Jennifer Wise Moroux
Ms. Elizabeth Baker Murrill
Mr. Stuart Naifeh
Ms. Erika Prouty
Mr. Richard Bryan Raile
Mrs. Alyssa Riggins
Ms. Kathryn C. Sadasivan
Mr. Adam Savitt
Ms. Olivia Nicole Sedwick
Mr. Jacob D. Shelly
Mr. Phillip Strach
Mr. Jason Brett Torchinsky
Mr. Jeffrey M. Wale
Mr. John Carroll Walsh
Ms. Victoria Wenger