# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 23, 2023

        No. 22-30333    Robinson v. Ardoin
                        USDC No. 3:22-CV-211
                        USDC No. 3:22-CV-214

Dear

We filed your brief. However, you must make the following corrections within the next 5 days. You may:

1. Send someone to this office to correct the briefs;

2. Send someone to pick up the briefs, correct and return them;

3. Send a self-addressed stamped envelope and we will return your briefs, (we will tell you the postage cost on request). You must then mail the corrected briefs to this office;

4. Send corrected briefs and we will recycle those on file.

You need to correct:

Your brief's does not conform with **FED. R. APP. P.** 32(a)(1). Only one side of the paper may be used.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Pamela F. Trice, Deputy Clerk
                        504-310-7633

        Mr. John Nelson Adcock
        Ms. Leah Camille Aden
        Ms. Nora Ahmed
        Mr. Amitav Chakraborty
        Mr. Jonathan Hurwitz
        Ms. Sophia Lin Lakin
        Mr. Stuart Naifeh
        Ms. Isabel Sara Rohani
        Ms. Kathryn C. Sadasivan
        Mr. Adam Savitt
        Ms. Victoria Wenger