# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 18, 2023

Ms. Abha Khanna
Elias Law Group, L.L.P.
1700 7th Avenue
Suite 2100
Seattle, WA 98101

    No. 22-30333   Robinson v. Ardoin
                        USDC No. 3:22-CV-211
                        USDC No. 3:22-CV-214

Dear Ms. Khanna,

We filed your brief. However, you must make the following corrections within the next 5 days.

You need to correct or add: The paper copies received do not match the brief accepted by the court on September 6, 2023.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Kim M. Pollard, Deputy Clerk
                        504-310-7635

cc:
    Mr. John Nelson Adcock
    Ms. Leah Camille Aden
    Ms. Nora Ahmed
    Mr. James F. Blumstein
    Mr. E. Mark Braden
    Ms. Morgan Brungard
    Mr. Amitav Chakraborty
    Mrs. Andree Matherne Cullens
    Mr. Joseph Elton Cullens Jr.
    Mr. Thomas A. Farr
    Mrs. Angelique Duhon Freel
    Mr. Qizhou Ge
    Mr. Phillip Michael Gordon

Mr. Jonathan Patrick Hawley
Mr. Jonathan Hurwitz
Ms. Megan Christine Keenan
Ms. Renee Marie Knudsen
Mr. Edmund Gerard LaCour Jr.
Ms. Sophia Lin Lakin
Mr. Patrick T. Lewis
Ms. Lalitha Madduri
Ms. Katherine McKnight
Mr. Shae Gary McPhee Jr.
Mr. Michael Warren Mengis
Mr. Christopher Ernest Mills
Ms. Jennifer Wise Moroux
Ms. Elizabeth Baker Murrill
Mr. Stuart Naifeh
Ms. Erika Prouty
Mr. Richard Bryan Raile
Mrs. Alyssa Riggins
Ms. Isabel Sara Rohani
Ms. Kathryn C. Sadasivan
Mr. Adam Savitt
Mr. Jacob D. Shelly
Mr. Phillip Strach
Ms. Tiffany Alora Thomas
Mr. Jason Brett Torchinsky
Mr. Jeffrey M. Wale
Mr. John Carroll Walsh
Ms. Victoria Wenger