# ORAL ARGUMENT ACKNOWLEDGMENT FORM
**U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130**
**(504) 310-7700**

I, __Abha Khanna__
(Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

__22-30333__         __Robinson__         v.   __Ardoin__
(Case Number)                  (Short Title)

is scheduled for oral argument at __9:00 am__ on __October 6, 2023__ located in the
                                  (Time)              (Date)

__NEW ORLEANS - U.S. Court of Appeals for the Fifth Circuit, 600 Camp Street, New Orleans, LA, 70130__
(Location)

__/s/ Abha Khanna__                                                  __September 22, 2023__
   (Signature)                                                              (Date)

---

List all parties being represented for argument and select the party type

Press Robinson, Edgar Cage, Dorothy Nairne, Edwin Soule, Alice Washington, Clee Lowe, Davante Lewis, Martha Davis, Ambrose Sims, NAACP Louisiana State Conference, Power Coalition for Equity & Justice, Edward Galmon, Ciara Hart, Norris Henderson, Tramelle Howard

| ☐ Appellant | ☒ Appellee | ☐ Cross Appellant | ☐ Cross Appellee | ☐ Amicus | ☐ Intervenor |

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:

| # | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|---|---|---|---|
| 1 | Stuart Naifeh | 15 | |
| 2 | Abha Khanna | 15 | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

SESSION # _____

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

[PRINT TO PDF]                [RESET FORM]

Revised 04/2023                Form OA-001