## *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 09, 2023

Mr. John N. Adcock
Adcock Law, L.L.C.
3110 Canal Street
New Orleans, LA 70119

Ms. Leah Camille Aden
NAACP
Legal Defense & Educational Fund, Incorporated
40 Rector Street
5th Floor
New York, NY 10006-1738

Ms. Nora Ahmed
American Civil Liberties Union Foundation of Louisiana
1340 Poydras Street
Suite 2160
New Orleans, LA 70112-0000

Mr. E. Mark Braden
Baker & Hostetler, L.L.P.
1050 Connecticut Avenue, N.W.
Washington Square
Washington, DC 20036-0000

Ms. Morgan Brungard
Office of the Attorney General
for the State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005

Mr. Amitav Chakraborty
Paul, Weiss, Rifkind, Wharton & Garrison, L.L.P.
1285 Avenue of the Americas
New York, NY 10019-6064

Mrs. Andree Matherne Cullens
Walters, Papillion, Thomas, Cullens, L.L.C.
12345 Perkins Road
Building 1
Baton Rouge, LA 70810

Mr. Joseph Elton Cullens Jr.
Walters, Papillion, Thomas, Cullens, L.L.C.
12345 Perkins Road
Building 1
Baton Rouge, LA 70810

Mr. Thomas A. Farr
Nelson Mullins Riley & Scarborough, L.L.P.
301 Hillsborough Street
Suite 1400
Raleigh, NC 27603

Mrs. Angelique Duhon Freel
Louisiana Department of Justice
1885 N. 3rd Street
Baton Rouge, LA 70802

Ms. Qizhou Ge
Elias Law Group, L.L.P.
250 Massachusetts Avenue, N.W.
Suite 400
Washington, DC 20001

Mr. Phillip Michael Gordon
Holtzman Vogel Baran Torchinsky & Josefiak, P.L.L.C.
15405 John Marshall Highway
Haymarket, VA 20169

Mr. Jonathan Patrick Hawley
Elias Law Group, L.L.P.
1700 7th Avenue
Suite 2100
Seattle, WA 98101

Mr. Jonathan Hurwitz
Paul, Weiss, Rifkind, Wharton & Garrison, L.L.P.
1285 Avenue of the Americas
New York, NY 10019-6064

Ms. Megan Christine Keenan
American Civil Liberties Union
915 15th Street, N.W.
Washington, DC 20005-0000

Ms. Abha Khanna
Elias Law Group, L.L.P.
1700 7th Avenue
Suite 2100
Seattle, WA 98101

Ms. Renee Marie Knudsen
Baker & Hostetler, L.L.P.
1050 Connecticut Avenue, N.W.
Washington Square
Suite 1100
Washington, DC 20036-0000

Ms. Sophia Lin Lakin
American Civil Liberties Union Foundation
Voting Rights Project
125 Broad Street
18th Floor
New York, NY 10004

Mr. Patrick T. Lewis
Baker & Hostetler, L.L.P.
127 Public Square
Key Tower
Suite 2000
Cleveland, OH 44114-1214

Ms. Lalitha Madduri
Elias Law Group, L.L.P.
250 Massachusetts Avenue, N.W.
Suite 600
Washington, DC 20001

Ms. Katherine McKnight
Baker & Hostetler, L.L.P.
1050 Connecticut Avenue, N.W.
Washington Square
Suite 1100
Washington, DC 20036-0000

Mr. Shae Gary McPhee Jr.
Louisiana Department of Justice
Office of the Solicitor General
909 Poydras Street
Suite 1850
New Orleans, LA 70112

Mr. Michael Warren Mengis
Baker & Hostetler, L.L.P.
811 Main Street
Suite 1100
Houston, TX 77002-6110

Ms. Jennifer Wise Moroux
Moroux Law
2355 Oleander Street

Baton Rouge, LA 70806

Ms. Elizabeth Baker Murrill
Office of the Attorney General
for the State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005

Mr. Stuart Naifeh
NAACP
Legal Defense & Educational Fund, Incorporated
40 Rector Street
5th Floor
New York, NY 10006-1738

Ms. Erika Prouty
Baker & Hostetler, L.L.P.
200 Civic Center Drive
Suite 1200
Columbus, OH 43215-4138

Mr. Richard Bryan Raile
Baker & Hostetler, L.L.P.
1050 Connecticut Avenue, N.W.
Washington Square
Suite 1100
Washington, DC 20036-0000

Mrs. Alyssa Riggins
Nelson Mullins Riley & Scarborough, L.L.P.
301 Hillsborough Street
Suite 1400
Raleigh, NC 27603

Ms. Isabel Sara Rohani
NAACP Legal Defense & Educational Fund, Incorporated
700 14th Street, N.W.
Suite 600
Washington, DC 20005

Ms. Kathryn C. Sadasivan
NAACP
Legal Defense & Educational Fund, Incorporated
40 Rector Street
Floor 5
New York, NY 10006-1738

Mr. Adam Savitt
Paul, Weiss, Rifkind, Wharton & Garrison, L.L.P.
1285 Avenue of the Americas
New York, NY 10019-6064

Mr. Jacob D. Shelly
Elias Law Group, L.L.P.
250 Massachusetts Avenue, N.W.
Suite 600
Washington, DC 20001

Mr. Phillip Strach
Nelson Mullins Riley & Scarborough, L.L.P.
301 Hillsborough Street
Suite 1400
Raleigh, NC 27603

Ms. Tiffany Alora Thomas
Harvard Law School
Election Law Clinic
6 Everett Street
Suite 4105
Cambridge, MA 02138

Mr. Jason Brett Torchinsky
Holtzman Vogel Baran Torchinsky & Josefiak, P.L.L.C.
2300 N Street, N.W.
Suite 643a
Washington, DC 20037

Mr. Jeffrey M. Wale
Louisiana Department of Justice
1885 N. 3rd Street
Baton Rouge, LA 70802

Mr. John Carroll Walsh
Shows, Cali & Walsh, L.L.P.
628 Saint Louis Street
Baton Rouge, LA 70802

Ms. Victoria Wenger
NAACP
Legal Defense & Educational Fund, Incorporated
40 Rector Street
5th Floor
New York, NY 10006-1738

          No. 22-30333    Robinson v. Ardoin
                          USDC No. 3:22-CV-211
                          USDC No. 3:22-CV-214

Dear Counsel,

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Peter A. Conners, Deputy Clerk
504-310-7685

cc:
    Mr. Edmund Gerard LaCour Jr.
    Mr. Christopher Ernest Mills