# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 10, 2023
Lyle W. Cayce
Clerk

No. 22-30333

Press Robinson; Edgar Cage; Dorothy Nairne; Edwin Rene Soule; Alice Washington; Clee Earnest Lowe; Davante Lewis; Martha Davis; Ambrose Sims; National Association for the Advancement of Colored People Louisiana State Conference, *also known as* NAACP; Power Coalition for Equity and Justice,

*Plaintiffs—Appellees*,

versus

Kyle Ardoin, in his official capacity as Secretary of State for Louisiana,

*Defendant—Appellant*,

Clay Schexnayder; Patrick Page Cortez; State of Louisiana - Attorney General Jeff Landry,

*Intervenor Defendants—Appellants*,

_____

Edward Galmon, Sr.; Ciara Hart; Norris Henderson; Tramelle Howard,

*Plaintiffs—Appellees*,

No. 22-30333

*versus*

Kyle Ardoin, *in his official capacity as Secretary of State for Louisiana*,

*Defendant —Appellant*,

Clay Schexnayder; Patrick Page Cortez; State of Louisiana - Attorney General Jeff Landry,

*Movants—Appellants*.

───────────────────

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:22-CV-211
USDC No. 3:22-CV-214

───────────────────

Before King, Elrod, and Southwick, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that preliminary injunction is VACATED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party to bear own costs on appeal to be taxed by the Clerk of this Court.