# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 04, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-30333   Robinson v. Ardoin
                 USDC No. 3:22-CV-211
                 USDC No. 3:22-CV-214

The court directs the Appellees to respond to Appellants' petition for rehearing en banc filed in this case. The responses are due for filing on or before December 11, 2023.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Allison G. Lopez, Deputy Clerk
                            504-310-7702

Mr. John N. Adcock
Ms. Leah Camille Aden
Ms. Nora Ahmed
Mr. James F. Blumstein
Mr. E. Mark Braden
Ms. Morgan Brungard
Mr. Amitav Chakraborty
Mrs. Andree Matherne Cullens
Mr. Joseph Elton Cullens Jr.
Mr. Thomas A. Farr
Mrs. Angelique Duhon Freel
Ms. Qizhou Ge
Mr. Phillip Michael Gordon
Mr. Jonathan Patrick Hawley
Mr. Jonathan Hurwitz
Ms. Megan Christine Keenan
Ms. Abha Khanna
Ms. Renee Marie Knudsen
Mr. Edmund Gerard LaCour Jr.
Ms. Sophia Lin Lakin
Mr. Patrick T. Lewis

Ms. Lalitha Madduri
Ms. Katherine McKnight
Mr. Shae Gary McPhee Jr.
Mr. Michael Warren Mengis
Mr. Christopher Ernest Mills
Ms. Jennifer Wise Moroux
Ms. Elizabeth Baker Murrill
Mr. Stuart Naifeh
Ms. Erika Prouty
Mr. Richard Bryan Raile
Mrs. Alyssa Riggins
Ms. Isabel Sara Rohani
Ms. Kathryn C. Sadasivan
Mr. Adam Savitt
Mr. Jacob D. Shelly
Mr. Phillip Strach
Ms. Tiffany Alora Thomas
Mr. Jason Brett Torchinsky
Mr. Jeffrey M. Wale
Mr. John Carroll Walsh
Ms. Victoria Wenger